IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

THE UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                            Case No. 6:16-cr-60016

CARL DOUGLAS MAIN                                                                                    DEFENDANT

## ORDER

Before the Court is Defendant Carl Douglas Main's Motion for Early Termination of Supervised Release. ECF No. 38.

On August 1, 2017, Defendant was sentenced to forty-six (46) months imprisonment followed by three (3) years supervised release for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). ECF No. 38. Defendant was released from federal imprisonment on October 19, 2020.

On September 22, 2022, Defendant submitted the instant motion requesting early termination of his period of supervised release. Defendant cites to his strict adherence to the terms of his release, his community involvement, and his steady work as a mechanic and handyman as justifications for termination of the conditions of his release. Defendant has served approximately twenty-four (24) months of the imposed thirty-six (36) months of his period of supervision.

The United States Probation Office ("USPO") has provided the Court with its assessment of Defendant's motion. The USPO states that it does not oppose early termination. Noting Defendant's compliance with the terms of his release and his productive lifestyle, the USPO concludes that Defendant meets the requirements for early termination.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

After consideration of the above-referenced factors, the Court finds that the instant motion (ECF No. 38) should be and hereby is **GRANTED** based upon Defendant's good conduct on release and the interests of justice. Defendant Carl Douglas Main's term of supervised release is hereby terminated.

**IT IS SO ORDERED**, this 18th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge